# EXHIBIT A

# NYSCEF Confirmation Notice

## Bronx County Supreme Court

The NYSCEF website has received an electronic filing on 03/05/2025 12:38 PM. Please keep this notice as a confirmation of this filing.

**805135/2025E**

**Ana Valera v. Target Stores et al**

**Assigned Judge: Mary Ann Brigantti**

### Documents Received on 03/05/2025 12:38 PM

| Doc # | Document Type |
|---|---|
| 1 | SUMMONS + COMPLAINT |

### Filing User

MICHAEL T. RIDGE | gisela@ridgelawfirm.com
910 Grand Concourse Apt 1d, Bronx, NY 10451

### E-mail Service Notifications

An email regarding this filing has been sent to the following on 03/05/2025 12:38 PM:

**MICHAEL T. RIDGE - gisela@ridgelawfirm.com**

# NYSCEF Confirmation Notice

Bronx County Supreme Court

**805135/2025E**
**Ana Valera v. Target Stores et al**
**Assigned Judge: Mary Ann Brigantti**

## Email Notifications NOT Sent

| Role | Party | Attorney |
| --- | --- | --- |
| Defendant / Respondent | Target Stores | No consent on record. |
| Defendant / Respondent | Target Corporation | No consent on record. |
| Defendant / Respondent | Target Department Stores, Inc. | No consent on record. |
| Defendant / Respondent | Bronx Terminal Market Preservation Association, | No consent on record. |
| Defendant / Respondent | BTM Development Partners, LLC | No consent on record. |
| Defendant / Respondent | Related Management Company, L.P. | No consent on record. |
| Defendant / Respondent | The Related Companies, Inc. | No consent on record. |
| Defendant / Respondent | Gateway Center at Bronx Terminal Market, Inc. | No consent on record. |

* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-----------------------------------------------------------------------X

ANA VALERA,

Plaintiff,

-against-

TARGET STORES, TARGET CORPORATION, TARGET DEPARTMENT STORES, INC., BRONX TERMINAL MARKET PRESERVATION ASSOCIATION, INC., BTM DEVELOPMENT PARTNERS, LLC, RELATED MANAGEMENT COMPANY, L.P., THE RELATED COMPANIES, INC., GATEWAY CENTER AT BRONX TERMINAL MARKET, INC.,

Defendants.

-----------------------------------------------------------------------X

Plaintiff designates Bronx County as the place of trial.

**SUMMONS**

The basis of venue is the County in which a substantial part of the events or omissions giving rise to the claim occurred.

TO THE ABOVE NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the Complaint is not served with this Summons, to serve a notice of appearance, on the plaintiff's attorney within twenty (20) day after the service of this Summons, exclusive the day of service, or within thirty (30) days after the service is complete if this Summons is not personally delivered to you within the State of New York; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: Bronx, New York
February 5, 2024

Yours, etc.,

**MICHAEL T. RIDGE, ESQ.**
Attorney for Plaintiff
910 Grand Concourse, Suite 1D
Bronx, New York 10451
(718) 590-5400

LAW OFFICES OF
CHAEL T. RIDGE
GRAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

**DEFENDANTS' ADDRESSES:**

**TARGET STORES**
10000 Nicollet Mall
Minneapolis, Minnesota 55403

**TARGET CORPORATION**
10000 Nicollet Mall
Minneapolis, Minnesota 55403

**TARGET DEPARTMENT STORES, INC.**
700 Exterior Street
Bronx, New York 10451

**BRONX TERMINAL MARKET PRESERVATION ASSOCIATION, INC.**
c/o The Corporation
7-11 Exterior Street
Bronx, New York 10451

**BTM DEVELOPMENT PARTNERS, LLC**
c/o Corporation Services Company
80 State Street
Albany, New York, 12207

**BTM DEVELOPMENT PARTNERS, LLC**
700 Exterior Street
Bronx, New York 10451

**RELATED MANAGEMENT COMPANY, L.P.**
c/o Corporation Service Company
80 State Street
Albany, New York, 12207

**THE RELATED COMPANIES, INC.**
80 State Street
Albany, New York, 12207

**GATEWAY CENTER AT BRONX TERMINAL MARKET, INC.**
700 Exterior Street
Bronx, New York 10451

LAW OFFICES OF
CHAEL T. RIDGE
GRAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------------------------X
ANA VALERA,

Plaintiff,

-against-

**VERIIFIED COMPLAINT**

TARGET STORES, TARGET CORPORATION, TARGET DEPARTMENT STORES, INC., BRONX TERMINAL MARKET PRESERVATION ASSOCIATION, INC., BTM DEVELOPMENT PARTNERS, LLC, RELATED MANAGEMENT COMPANY, L.P., THE RELATED COMPANIES, INC., GATEWAY CENTER AT BRONX TERMINAL MARKET, INC.,

Defendants.
--------------------------------------------------------------------------X

Plaintiff, by her attorney, MICHAEL T. RIDGE, ESQ., complaining of the defendants, respectfully alleges, as follows:

1. The county in which a substantial part of the events or omissions giving rise to the claim occurred is Bronx County.

2. Upon information and belief, the defendant, **TARGET STORES**, is a domestic corporation duly organized and existing under and by virtue of the Laws of the State of New York and/or is a foreign corporation duly authorized to conduct business in the State of New York and is conducting business in the State of New York.

3. Upon information and belief, the defendant, **TARGET CORPORATION**, is a domestic corporation duly organized and existing under and by virtue of the Laws of the State of New York and/or is a foreign corporation duly authorized to conduct business in the State of New York and is conducting business in the State of New York.

LAW OFFICES OF
CHAEL T. RIDGE
GRAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

4. Upon information and belief, the defendant, **TARGET DEPARTMENT STORES, INC.**, is a domestic corporation duly organized and existing under and by virtue of the Laws of the State of New York and/or is a foreign corporation duly authorized to conduct business in the State of New York and is conducting business in the State of New York.

5. Upon information and belief, the defendant, **BRONX TERMINAL MARKET PERSERVATION ASSOCIATION, INC.**, is a domestic corporation duly organized and existing under and by virtue of the Laws of the State of New York duly authorized to conduct business in the State of New York and is conducting business in the State of New York.

6. Upon information and belief, the defendant, **BTM DEVELOPMENT PARTNERS, LLC**, is a domestic corporation duly organized and existing under and by virtue of the Laws of the State of New York duly authorized to conduct business in the State of New York and is conducting business in the State of New York.

7. Upon information and belief, the defendant, **RELATED MANAGEMENT COMPANY, L.P.**, is a domestic corporation duly organized and existing under and by virtue of the Laws of the State of New York duly authorized to conduct business in the State of New York and is conducting business in the State of New York.

8. Upon information and belief, the defendant, **THE RELATED COMPANIES, INC.**, is a domestic corporation duly organized and existing under and by virtue of the Laws of the State of New York duly authorized to conduct business in the State of New York and is conducting business in the State of New York.

LAW OFFICES OF
CHAEL T. RIDGE
GRAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

9. Upon information and belief, the defendant, **GATEWAY CENTER AT BRONX TERMINAL MARKET, INC.**, is a domestic corporation duly organized and existing under and by virtue of the Laws of the State of New York duly authorized to conduct business in the State of New York and is conducting business in the State of New York.

10. Upon information and belief, at all times herein, the defendant, **TARGET STORES**, owned a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

11. Upon information and belief, at all times herein, the defendant, **TARGET STORES**, operated a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

12. Upon information and belief, at all times herein, the defendant, **TARGET STORES**, managed a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

13. Upon information and belief, at all times herein, the defendant, **TARGET STORES**, maintained a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

14. Upon information and belief, at all times herein, the defendant, **TARGET STORES**, controlled a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

15. Upon information and belief, at all times herein, the defendant, **TARGET STORES**, made use of a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

LAW OFFICES OF
CHAEL T. RIDGE
GRAND CONCOURSE, STE. 1D
BRONX, NY 10451
'ELEPHONE (718) 590-5400
FAX (718) 681-0285

16. Upon information and belief, at all times herein, the defendant, **TARGET CORPORATION**, owned a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

17. Upon information and belief, at all times herein, the defendant, **TARGET CORPORATION**, operated a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

18. Upon information and belief, at all times herein, the defendant, **TARGET CORPORATION**, managed a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

19. Upon information and belief, at all times herein, the defendant, **TARGET CORPORATION**, maintained a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

20. Upon information and belief, at all times herein, the defendant, **TARGET CORPORATION**, controlled a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

21. Upon information and belief, at all times herein, the defendant, **TARGET CORPORATION**, made use of a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

22. Upon information and belief, at all times herein, the defendant, **TARGET DEPARTMENT STORES, INC.**, owned a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

LAW OFFICES OF
CHAEL T. RIDGE
3RAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

23. Upon information and belief, at all times herein, the defendant, **TARGET DEPARTMENT STORES, INC.**, operated a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

24. Upon information and belief, at all times herein, the defendant, **TARGET DEPARTMENT STORES, INC.**, managed a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

25. Upon information and belief, at all times herein, the defendant, **TARGET DEPARTMENT STORES, INC.**, maintained a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

26. Upon information and belief, at all times herein, the defendant, **TARGET DEPARTMENT STORES, INC.**, controlled a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

27. Upon information and belief, at all times herein, the defendant, **TARGET DEPARTMENT STORES, INC.**, made use of a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

28. Upon information and belief, at all times herein, the defendant, **BRONX TERMINAL MARKET PRESERVATION ASSOCIATION, INC.**, owned a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

29. Upon information and belief, at all times herein, the defendant, **BRONX TERMINAL MARKET PRESERVATION ASSOCIATION, INC.**, operated a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

LAW OFFICES OF
CHAEL T. RIDGE
GRAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

30. Upon information and belief, at all times herein, the defendant, **BRONX TERMINAL MARKET PRESERVATION ASSOCIATION, INC.**, managed a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

31. Upon information and belief, at all times herein, the defendant, **BRONX TERMINAL MARKET PRESERVATION ASSOCIATION, INC.**, maintained a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

32. Upon information and belief, at all times herein, the defendant, **BRONX TERMINAL MARKET PRESERVATION ASSOCIATION, INC.**, controlled a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

33. Upon information and belief, at all times herein, the defendant, **BRONX TERMINAL MARKET PRESERVATION ASSOCIATION, INC.**, made use of a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

34. Upon information and belief, at all times herein, the defendant, **BTM DEVELOPMENT PARTNERS, LLC**, owned a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

35. Upon information and belief, at all times herein, the defendant, **BTM DEVELOPMENT PARTNERS, LLC**, operated a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

LAW OFFICES OF
CHAEL T. RIDGE
3RAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

36. Upon information and belief, at all times herein, the defendant, **BTM DEVELOPMENT PARTNERS, LLC**, managed a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

37. Upon information and belief, at all times herein, the defendant, **BTM DEVELOPMENT PARTNERS, LLC**, maintained a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

38. Upon information and belief, at all times herein, the defendant, **BTM DEVELOPMENT PARTNERS, LLC**, controlled a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

39. Upon information and belief, at all times herein, the defendant, **BTM DEVELOPMENT PARTNERS, LLC**, made use of a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

40. Upon information and belief, at all times herein, the defendant, **RELATED MANAGEMENT COMPANY, L.P.**, owned a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

41. Upon information and belief, at all times herein, the defendant, **RELATED MANAGEMENT COMPANY, L.P.**, operated a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

LAW OFFICES OF
CHAEL T. RIDGE
3RAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

42. Upon information and belief, at all times herein, the defendant, **RELATED MANAGEMENT COMPANY, L.P.**, managed a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

43. Upon information and belief, at all times herein, the defendant, **RELATED MANAGEMENT COMPANY, L.P.**, maintained a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

44. Upon information and belief, at all times herein, the defendant, **RELATED MANAGEMENT COMPANY, L.P.**, controlled a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

45. Upon information and belief, at all times herein, the defendant, **RELATED MANAGEMENT COMPANY, L.P.**, made use of a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

46. Upon information and belief, at all times herein, the defendant, **THE RELATED COMPANIES, INC.**, owned a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

47. Upon information and belief, at all times herein, the defendant, **THE RELATED COMPANIES, INC.**, operated a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

LAW OFFICES OF
CHAEL T. RIDGE
GRAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

48. Upon information and belief, at all times herein, the defendant, **THE RELATED COMPANIES, INC.**, managed a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

49. Upon information and belief, at all times herein, the defendant, **THE RELATED COMPANIES, INC.**, maintained a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

50. Upon information and belief, at all times herein, the defendant, **THE RELATED COMPANIES, INC.**, controlled a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

51. Upon information and belief, at all times herein, the defendant, **THE RELATED COMPANIES, INC.**, made use of a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

52. Upon information and belief, at all times herein, the defendant, **GATEWAY CENTER AT BRONX TERMINAL MARKET, INC.**, owned a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

53. Upon information and belief, at all times herein, the defendant, **GATEWAY CENTER AT BRONX TERMINAL MARKET, INC.**, operated a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

54. Upon information and belief, at all times herein, the defendant, **GATEWAY CENTER AT BRONX TERMINAL MARKET, INC.**, managed a certain Target retail

LAW OFFICES OF
CHAEL T. RIDGE
3RAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

55. Upon information and belief, at all times herein, the defendant, **GATEWAY CENTER AT BRONX TERMINAL MARKET, INC.**, maintained a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

56. Upon information and belief, at all times herein, the defendant, **GATEWAY CENTER AT BRONX TERMINAL MARKET, INC.**, controlled a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

57. Upon information and belief, at all times herein, the defendant, **GATEWAY CENTER AT BRONX TERMINAL MARKET, INC.**, made use of a certain Target retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York for the year 2022.

58. Upon information and belief, at all times herein, the aforementioned retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York was open to members of the general public for the year 2022.

59. That on or about July 15, 2022 at approximately 6:25 p.m., while the plaintiff, **ANA VALERA**, was lawfully walking in the aforesaid retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York, she was caused to slip and fall due to water accumulation and/or other wet and slippery condition on the floor which condition existed as a result of the carelessness and negligence of the defendants herein, by agents, servants and/or employees.

LAW OFFICES OF
CHAEL T. RIDGE
GRAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

60. That the defendants, agents, servants and/or employees were negligent in causing and/or creating a dangerous, unsafe and trap-like condition, in making unsafe repairs, in failing to properly repair and maintain, in failing to warn plaintiff, by signs or otherwise, of the aforesaid unsafe conditions, in failing to place barricades, traffic cones, etc., in order to block access to said condition, in failing to inspect, or timely inspect the location of the condition, in failing to provide plaintiff with a safe place to walk, and in exposing plaintiff to an unreasonable risk of harm.

61. That the aforesaid occurred as a result of a dangerous, defective, trap-like condition.

62. That the aforesaid condition was caused and created by the defendants, by agents, servants and/or employees, as a result of actions and/or inaction.

63. At all times herein mentioned, defendants, by agents, servants and/or employees has actual knowledge and notice of the existence of the aforesaid dangerous and hazardous conditions and/or the same had existed for such a length of time prior to the occurrence herein that the defendant, its agents, servants and/or employees knew, or in the exercise of reasonable care and caution should have known of their existence.

64. At the time and place as aforementioned, defendants failed to properly warn the general public, particularly plaintiff, **ANA VALERA**, of the dangerous and hazardous condition as alleged herein.

65. At the time and place as aforementioned, defendants failed to erect warning devices to advise the public of the dangerous, hazardous and trap-like condition as alleged herein.

66. That the aforesaid condition was caused, created and/or let continue by the defendants through ineffective maintenance and/or repair of the subject premises, including but not limited to the displays, racks, aisles, pathways, plumbing, pipes, heating,

LAW OFFICES OF
CHAEL T. RIDGE
GRAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

air-conditioning, ventilation, and/or other systems within the aforesaid retail store located at 700 Exterior Street, in the County of the Bronx, City and State of New York.

67. That the aforesaid is subject to the doctrine of res ipsa loquitur.

68. That the aforesaid occurred solely and wholly as a result of the negligence of the defendants herein and without any negligence on the part of the plaintiff contributing thereto.

69. That by reason of the foregoing, the plaintiff, **ANA VALERA**, was severely and seriously injured, bruised and wounded; suffered, still suffers and will continue to suffer for some time great physical and mental pain; and was prevented from pursuing his usual vocation for a long period of time and was compelled to seek and become obligated for hospital and medical care and attention.

70. As a result of her pain and suffering, the plaintiff, **ANA VALERA**, was caused to suffer damages in an amount of money that exceeds the monetary jurisdiction of all lower Courts, which would otherwise have jurisdiction over this action.

**WHEREFORE**, the plaintiff, **ANA VALERA**, demands judgment against the defendants in an amount of money that exceeds the monetary jurisdiction of all lower Courts, which would otherwise have jurisdiction over their cause of action alleged herein, together with interest, costs and disbursements of this action.

Dated: Bronx, New York
February 5, 2024

Yours, etc.,

MICHAEL T. RIDGE, ESQ.
Attorney for Plaintiff
910 Grand Concourse, Suite 1D
Bronx, New York 10451
(718) 590-5400

LAW OFFICES OF
CHAEL T. RIDGE
GRAND CONCOURSE, STE. 1D
BRONX, NY 10451
ELEPHONE (718) 590-5400
FAX (718) 681-0285

# VERIFICATION

STATE OF NEW YORK )
) ss.:
COUNTY OF BRONX )

I, **ANA VALERA,** being duly sworn deposes and says: that deponent is the plaintiff in the within action; that deponent has read the foregoing **SUMMONS AND VERIFIED COMPLAINT** and knows the contents therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true.

Dated: Bronx, New York
02 / 05 / 2024

**ANA VALERA**

Sworn to before me this
5th day of February, 2024

NOTARY PUBLIC

MICHAEL T. RIDGE
Notary Public, State of New York
No. 02RI4664430
Qualified in Bronx County
Commission Expires August 31, 2025


Doc ID: cb0766373457fe889a2c48db0c0bc4b4d849a3d7

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX Index No.:

**ANA VALERA,**

Plaintiff,

-against-

**TARGET STORES, TARGET CORPORATION, TARGET DEPARTMENT STORES, INC., BRONX TERMINAL MARKET PRESERVATION ASSOCIATION, INC., BTM DEVELOPMENT PARTNERS, LLC, RELATED MANAGEMENT COMPANY, L.P., THE RELATED COMPANIES, INC., GATEWAY CENTER AT BRONX TERMINAL MARKET, INC.,**

Defendants,

## SUMMONS AND VERIFIED COMPLAINT

**MICHAEL T. RIDGE, ESQ.**
*Attorney for Plaintiff(s)*
910 Grand Concourse Suite 1D
Bronx, New York 10451
(718) 590-5400

Dated: Bronx, New York
February 5, 2024

To: *As addressed on attached document.*

**PLEASE TAKE NOTICE:**

Notice of Entry
☐ that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named Court on *(dated)*_________________.

Notice of Settlement
☐ that the within order will be presented for settlement to the HON. ______________ one of the judges of the within named Court, at *(addr)*______________on *(dated)*_____.